## INDEX OF EXHIBITS

| Exhibit | Title/Description |
|---|---|
| A | Share Purchase Agreement dated August 24, 2015 (the "SPA") consisting of 40 pages |
| B | Closing Addendum dated December 7, 2015 (the "Closing Addendum") consisting of 4 pages |
| C | Second Addendum that should be dated March 3, 2016 but was mistakenly dated March 3, 2015 (the "Second Addendum") consisting of 3 pages |
| D | Novation and Amending Agreement dated August 31, 2016 (the "Novation and Amending Agreement") consisting of 24 pages |
| E | Waiver and Third Addendum to the Share Purchase Agreement dated March 29, 2017 (the "Waiver and Third Addendum") consisting of 22 pages |
| F | Notice of Default dated July 8, 2017, email transmission, and express post receipts consisting of 5 pages |
| G | Cancellation Notice dated August 24, 2017, email transmission, Affidavit of Service from Delaware Attorney Services, LLC and express post receipts consisting of 6 pages |
| H | Email transmission and letter from Stephen Moscicki dated September 1, 2017 (the "Moscicki Letter") consisting of 2 pages |

| | |
|---|---|
| I | Transcript of the voice mail message from Fed-Ex on September 20, 2017 consisting of 1 page |
| J | Fed-Ex Way Bill related to attempted delivery to the Wetherby, England address consisting of 1 page |
| K | Letter from Seller dated September 7, 2017 re-confirming that the transactions contemplated by the Clinchco Acquisition Agreement were cancelled in accordance with the August 24, 2017 Termination Notice consisting of 3 pages |
| L | Letter received by Seller in the same format as the Moscicki Letter consisting of 1 page |
| M | Letter from Seller to GEM dated September 27, 2017 (the "Restrictions Advisory Letter") consisting of 3 pages |