## Cobalt Coal Ltd.

## Tailwind Capital Partners, Inc.

## Al Kroontje

## 900, 903 – 8th Ave SW

## Calgary, Alberta T2P 0P7

July 8, 2017

**G.E.M. Holdings US Corporation**

3524 Silverside Road, Suite 35B

Wilmington DW, County of New Castle, 19810-4929, USA

Attn: Mr. Stephen Moscicki and Mr. David Winduss

And to:

**McCarthy Denning**

49 Queen Victoria Street, London, EC4N 4SA

Attn: Ms. Pamela Henry and Mr. Richard Beresford

> **RE: Additional Notice of Default Pursuant to the Share Purchase Agreement dated August 24, 2015 with an effective date of September 1, 2015 (the "SPA") which was closed pursuant to the Closing Addendum dated December 7, 2015 (the "Closing Addendum") and amended pursuant to the Second Addendum dated March 3, 2015 (the "Second Addendum") each of which were novated and assigned to G.E.M. Holdings US Corporation pursuant to the Novation and Amending Agreement effective August 31, 2016 (the "Novation Agreement") which is to be further amended, upon completion, by the Waiver and Third Addendum to the Share Purchase Agreement dated March 29, 2017 (the "Waiver and Third Addendum") (the Waiver and Third Addendum**

**together with the SPA, the Closing Addendum and the Novation Agreement shall be referred to herein as the "Clinchco Acquisition Agreements").**

Reference is made to the Notice of Default served upon the Buyer by Cobalt Coal Ltd. and Tailwind Capital Partners, Inc. on March 3, 2017 pursuant to the SPA, the Closing Addendum, the Second Addendum and the Novation Agreement (the **"Continuing Default"**).

Reference is made to the Demand Notice served upon the Buyer by Cobalt Coal Ltd., Tailwind Capital Partners, Inc. and Al Kroontje on July 7, 2017 requiring completion and execution of the agreements required to secure the Buyer's obligations to the Seller pursuant to the Waiver and Third Addendum within 10 days (the **"July 7 Demand Notice"**).

**This letter will serve as i) confirmation of the Continuing Default; and ii) an additional Notice of Default for Buyer's failure to made the June 15, 2017 payment required by the Waiver and Third Addendum (the "Additional Default").**

**Notices of Default and Remedy Sought**

1) **Continuing Default**:
   The Seller hereby restates the July 7 Demand Notice requiring that the agreements that secure the obligations of the Buyer to the Seller that are required to complete the Waiver and Third Addendum be fully executed by 5:00 pm, Virginia Time on July 24, 2017 (being 10 clear business days after the July 7 Demand Notice was served) (the **"Document Execution Deadline"**) **failing which** the Continuing Default will not have been cured and the Seller demands that the Shares (as that term is defined in the Clinchco Acquisition Agreements) be immediately re-transferred to the Seller upon the passing of the Document Execution Deadline; and

**2) Additional Notice of Default:**

Notice of Default is hereby served in respect of the failure of the Buyer to make the June 15, 2017 payment in the amount of US $100,000 required by the Waiver and Third Addendum.

Delivery has been affected in accordance with Article 16 of the Waiver and Third Addendum as follows:

1) This notice has been delivered by e mail scan to Buyer's officers, via e mail scan; and
2) A copy of this notice has been sent to Buyer's counsel, by email scan to Rberesford@Mccarthydenning.com; and
3) An original of this notice has been send by express mail to the Buyer at the address provided for in the Waiver and Third Addendum first written above.

Yours truly

Cobalt Coal Ltd.

*[signature]*

By: Al Kroontje, its Authorized Representative

Tailwind Capital Partners, Inc.

*[signature]*                                              *[signature]*

By: Al Kroontje, Director                      Al Kroontje

# Al Kroontje

| | |
|---|---|
| **From:** | Al Kroontje |
| **Sent:** | July 8, 2017 1:37 PM |
| **To:** | Stephen Moscicki; Stephen Moscicki; David Winduss (dw.ukcr@icloud.com); Richard Beresford; Pamela Henry (phenry@mccarthydenning.com) |
| **Subject:** | Notice of Default |
| **Attachments:** | GEM Additional Notice of Default.pdf |

Stephen/David

Plse find attached an Notice of Default that addresses the continuing Default and notes an additional event of Default in relation to the failure to make the June 15, 2017 payment.

Al Kroontje

Cc: Pamela Henry and Richard Beresford, McCarthy Denning.

```
Canada Post / Postes Canada
        ROYAL OAK
125, 8888 Country Hills Blvd NW
      CALGARY    T3G5T0
    GST/TPS#: 895588788


2017/07/08       02:39:04          Preety
CC/CC102042       W/G1             TR974153

N°                        10@$26.70
XP USA PP ENV LET/ENV LET PP XP EU    $26.70

SUBTL/SOUS-TOTAL
TOTAL TAX/TAXE TOTALE              $26.70
TOTAL/TOTAL                         $0.00
                                   $26.70

CDN Cash / Espèces CAN             $40.00
CHG. DUE / MONNAIE                ($13.30)
RND. CHG. / MONNAIE ARRONDIE      ($13.30)

Receipt required for all returns.
Reçu requis pour tous les retours.

Tell us how we did today.
Complete the survey at
canadapost.ipsosinteractive.com
or text SURVEY to 55555
and enter to WIN one of two
$250 Prepaid Visa Cards.
(Standard message and data
rates would apply for text
message)

Parlez-nous de votre expérience
aujourd'hui. Répondez au sondage sur
le site canadapost.ipsosinteractive.com
ou envoyez le mot SONDAGE par
message texte au 55555 et courez la chance
de GAGNER l'une de deux cartes Visa
prépayées de 250 $. (Les frais standard
pour les messages textes et les
données s'appliquent.)


          R:974153.

    WWW.CANADAPOST.CA / WWW.
```

```
Canada Post / Postes Canada
        ROYAL OAK
125, 8888 Country Hills Blvd NW
      CALGARY    T3G5T0
    GST/TPS#: 895588788


2017/07/08       02:43:57          Preety
CC/CC102042       W/G1             TR974159

Xpresspost USA Prepaid
É.-U. Messagerie nationale
Destination : 19870

          E G 0 3 7 2 2 2 0 5 9 C A

SUBTL/SOUS-TOTAL                    $0.00
TOTAL TAX/TAXE TOTALE               $0.00
TOTAL/TOTAL                         $0.00

CHG. DUE / MONNAIE                  $0.00

Tell us how we did today.
Complete the survey at
canadapost.ipsosinteractive.com
or text SURVEY to 55555
and enter to WIN one of two
$250 Prepaid Visa Cards.
(Standard message and data
rates would apply for text
message)

Parlez-nous de votre expérience
aujourd'hui. Répondez au sondage sur
le site canadapost.ipsosinteractive.com
ou envoyez le mot SONDAGE par
message texte au 55555 et courez la chance
de GAGNER l'une de deux cartes Visa
prépayées de 250 $. (Les frais standard
pour les messages textes et les
données s'appliquent.)

                                 102042;
                        ).POSTESCANADA.CA
```

**Xpresspost USA / É.-U.**

For delivery confirmation / Confirmation de la livraison
www.canadapost.ca   www.postescanada.ca
OR / OU  1 888 550-6333

**Customer Receipt / Reçu du client**

| Item number / N° de l'article | Date |
|---|---|
| EG 037 222 059 CA | 2017 07 08 |

**From / De**

Customer No. / N° du client:
Telephone No. / N° de téléphone: 4036074009

Name / Nom: Cobalt Coal LTD
Address / Adresse: 900, 903 - 8 Ave SW
City/Prov. / Ville/Prov.: Calgary AB
Postal Code / Code postal: T2P 0P7
Country / Pays: CANADA

**To / A**

Customer No. / N° du client:
Telephone No. / N° de téléphone:

Name / Nom: GEM US Holdings U.S.
Address / Adresse: 3524 Silverside Rd. Suite 35B
City / Ville: Wilmington
State / État: Delaware
ZIP Code: 19870-4929
Country / Pays: UNITED STATES / ÉTATS UNIS

☒ Documents Only / Documents seulement

43-074-281 (13-08)   Customs Declaration Shipping Label | Déclaration en douane Étiquette d'expédition