# Cobalt Coal Ltd.

# Tailwind Capital Partners Inc.

# Al Kroontje

# 900, 903 – 8th Ave SW

# Calgary, Alberta T2P 0P7

August 24, 2017

**G.E.M. Holdings US Corporation**

3524 Silverside Road, Suite 35B

Wilmington DW, County of New Castle, 19810-4929, USA

Attn: Mr. Stephen Moscicki and/or Mr. David Winduss

And to:

**McCarthy Denning LLC**

49 Queen Victoria Street, London, EC4N 4SA

Attn: Ms. Pamela Henry and Mr. Richard Beresford

> **RE: Written Notice Declaring That The Transactions Contemplated by the Clinchco Acquisition Agreement Shall Be Deemed To Be Immediately Cancelled ("Notice").**

Reference is made to the Share Purchase Agreement dated August 24, 2015 with an effective date of September 1, 2015 (the "**SPA**") which was closed pursuant to the Closing Addendum dated December 7, 2015 (the "**Closing Addendum**") and amended pursuant to the Second Addendum dated March 3, 2015 (the "**Second Addendum**") each of which were novated and assigned to G.E.M. Holdings US Corporation pursuant to the Novation and Amending Agreement effective August 31, 2016 (the "**Novation Agreement**") as further amended by the Waiver and

Third Addendum to the Share Purchase Agreement dated March 29, 2017 (the **"Waiver and Third Addendum"**) (the Waiver and Third Addendum together with the SPA, the Closing Addendum and the Novation Agreement shall be referred to herein as the **"Clinchco Acquisition Agreement"**)

Reference is made to the Additional Notice of Default dated July 8, 2017 (the **"Revised Payment Terms Default Notice"**) in respect of a Revised Payment Terms Default (the **"Revised Payment Terms Default"**).

The Revised Payment Terms Default has remained uncured for a period of thirty (30) clear business days.

**In accordance with the provisions of Article 5 i (ii) of the Waiver and Third Addendum, written notice is hereby provided declaring that the transactions contemplated by the Clinchco Acquisition Agreement shall be deemed to be immediately cancelled.**

Delivery of this Notice has been affected in accordance with Article 16 of the Waiver and Third Addendum as follows:

1) This Notice has been delivered by e mail scan to Buyer's officers, via e mail scan; and
2) A copy of this Notice has been sent to Buyer's counsel, by email scan to Rberesford@Mccarthydenning.com; and
3) A written copy of this Notice has been send by express mail to the Buyer at the address provided for in the Waiver and Third Addendum first written above.

**ADDITIONALLY:** a written copy of this Notice has been hand delivered to the address for service provided for in the Waiver and Third Addendum such that the effective date of service, as provided for in the SPA, is today's date, August 24, 2017.

Yours truly

Cobalt Coal Ltd.

*[signature]*

By: Al Kroontje, its Authorized Representative

Tailwind Capital Partners Inc.

*[signature]*

By: Al Kroontje, Director

*[signature]*

Al Kroontje

# Al Krontje

| | |
|---|---|
| **From:** | Al Kroontje |
| **Sent:** | August 24, 2017 12:25 PM |
| **To:** | Stephen Moscicki; Stephen Moscicki; David Winduss (dw.ukcr@icloud.com); Richard Beresford; Pamela Henry (phenry@mccarthydenning.com) |
| **Subject:** | Written Notice Declaring That The Transactions Contemplated By The Clinchco Acquisition Agreement Shall Be Deemed To Be Immediately Cancelled |
| **Attachments:** | Written Notice of Cancellation to G.E.M..pdf |

Stephen (et al)
Plse find attached a Written Notice Declaring that the Transactions Contemplated by the Clinchco Acquisition Agreement Shall be Deemed to be Immediately Cancelled.
The Notice is being provided in accordance with the provisions of the Clinchco Acquisition Agreement (specifically the last revision being the Waiver and Third Addendum) which I trust is self-explanatory.
Your truly
Al Kroontje

1

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: 1622747 |
|---|---|---|---|
| Plaintiff / Petitioner: | | Defendant / Respondent: | |
| Received by: Delaware Attorney Services, LLC | | For: Al Kroontje | |
| To be served upon: G.E.M. Holdings US Corporation | | | |

I, Daniel Newcomb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nancy Wolf, Registered Agent, 3524 Silverside Road Suite 35B, Wilmington, DE 19810

**Manner of Service:** Corporate to Registered Agent, Aug 24, 2017, 2:00 pm EDT

**Documents:** Letter dated August 24, 2017 RE: Written Notice Declaring That The Transactions Contemplated by the Clinchco Acquisition Agreement Shall Be Deemed To Be Immediately Cancelled ("Notice") (Received Aug 24, 2017 at 11:27 am EDT)

**Additional Comments:**
Description: White, Female, Age 65, 5'10", 170 lbs, white hair, glasses

_____ 8/25/2017
Daniel Newcomb          Date

Delaware Attorney Services, LLC
3516 Silverside Road Unit 16
Wilmington, DE 19810
302-429-0657

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

8/25/17                                    4/29/2020
Date                    Commission Expires

[Notary Seal: KIMBERLY J. RYAN, MY COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

```
              Canada Post / Postes Canada
                    CALGARY CENTRAL
               539-5 Avenue SW Suite 100
                    CALGARY   T2P1A0
                  GST/TPS#: 119321495

              --------------------------
   2017/08/25          09:52:17            yvonne
   CC/CC55697               W/G2         TR1708802

   N                    1@$26.70            $26.70
   XP USA PP ENV LET

   SUBTL                                    $26.70
   TOTAL TAX                                 $0.00
   TOTAL                                    $26.70

   Debit Card                               $26.70
      Card Number
      ***********9686
   CHG. DUE                                  $0.00
   RND. CHG.                                 $0.00


   Receipt required for all returns.

   Tell us how we did today.
   Complete the survey at
   canadapost.ipsosinteractive.com
   or text SURVEY to 55555
   and enter to WIN one of two
   $250 Prepaid Visa Cards.
   (Standard message and data
   rates would apply for text
   message)
```



R:1708802.55697;

WWW.CANADAPOST.CA / WWW.POSTESCANADA.CA

