**MEMO**

**Re:**   Transcript of Voicemail message from FedEx
Delivery #770250953438
September 20, 2017

"Good morning it is FedEx calling back re: waybill # 770250953438 shipment from your location on 13 of September 13 going to Wetherby, Great Britain. Our driver has advised that the recipient has moved with no forwarding information. Please contact us 1-800-463-3339 or 1-800-gofedex to provide alternate delivery arrangements. Unfortunately the shipment will be held in our location in Great Britain until end of day on the 22nd of September. Should it still be undeliverable at that time, the shipment would automatically be staged for return with all charged billed to your account. Thank you."